UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAREL WINSTON and ALMA MARIE WINSTON, | No. 2:19-cv-0923 MCE DB PS |
| Plaintiffs, | ORDER |
| v. | |
| EDC ANIMAL SERVICES, et al., | |
| Defendants. | |

Plaintiffs are proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 7, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired and plaintiffs have filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 7, 2020 (ECF No. 42) are ADOPTED in full;

2. Defendant's March 16, 2020 motion to dismiss (ECF No. 31) is GRANTED in part;

3. The amended complaint's causes of action based on federal law are DISMISSED without further leave to amend;

4. The court declines to exercise supplemental jurisdiction over the amended complaint's state law causes of action;

5. The amended complaint's state law claims are DISMISSED without prejudice; and

6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 17, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE